# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**NANCY JACKSON**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 4:17CV729BSM**

**CITY OF NORTH LITTLE ROCK**                              **DEFENDANT**

## ANSWER

COMES the Defendant, City of North Little Rock, Arkansas, by and through counsel, Sara Monaghan, and for its Answer, states:

1. Paragraph one (1) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

2. Paragraph two (2) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

3. Paragraph three (3) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

4. Paragraph four (4) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

5. Paragraph five (5) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

6. Paragraph six (6) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

7. Paragraph seven (7) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

8. Defendant repeats and re-alleges all the preceding paragraphs of this Complaint as if fully set forth in this section.

9. In regard to Paragraph nine (9) of Plaintiff's Complaint, Defendant admits the allegations of the sentence beginning, "She was." Defendant is without knowledge or information sufficient to admit or deny the allegations of Paragraph nine (9) of Plaintiff's Complaint and therefore denies the same and further denies any and all allegations of wrongdoing.

10. Defendant denies the allegations of Paragraph ten (10) of Plaintiff's Complaint and further denies any and all allegations of wrongdoing.

11. Defendant admits the allegations of Paragraph eleven (11) of Plaintiff's Complaint.

12. Paragraph twelve (12) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

13. Paragraph thirteen (13) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

14. Paragraph fourteen (14) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

15. Defendant denies the basis and characterization of the allegations of Paragraph fifteen (15) and therefore denies the same and further denies any and all allegations of wrongdoing.

16. Defendant denies the basis and characterization of the allegations of Paragraph sixteen (16) of Plaintiff's Complaint and therefore denies the same and further denies any and all allegations of wrongdoing.

17. Defendant denies the basis and characterization of the allegations of Paragraph seventeen (17) of Plaintiff's Complaint and therefore denies the same and further denies any and all allegations of wrongdoing.

18. Paragraph eighteen (18) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

19. Defendant repeats and re-alleges all previous paragraphs of this Complaint as though fully incorporated herein.

20. Paragraph twenty (20) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

21. Paragraph twenty-one (21) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

22. Defendant denies the allegations of Paragraph twenty-two (22) of Plaintiff's Complaint and further denies any and all allegations contained therein.

23. Defendant denies the allegations of Paragraph twenty-three (23) of Plaintiff's Complaint and further denies any and all allegations contained therein.

24. Defendant denies the allegations of Paragraph twenty-four (24) of Plaintiff's Complaint and further denies any and all allegations contained therein.

25. Defendant repeats and re-alleges all previous paragraphs of this Complaint as though fully incorporated in this section.

26. Paragraph twenty-six (26) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

27. Paragraph twenty-seven (27) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

28. Paragraph twenty-eight (28) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

29. Paragraph twenty-nine (29) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

30. Paragraph thirty (30) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

31. Paragraph thirty-one (31) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

32. Defendant denies the basis and characterization of the allegations of Paragraph thirty-two (32) of Plaintiff's Complaint and therefore denies the same and further denies any and all allegations of wrongdoing.

33. Paragraph thirty-three (33) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

34. Paragraph thirty-four (34) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

35. Defendant repeats and re-alleges all previous paragraphs of this Complaint as though fully incorporated in this section.

36. Paragraph thirty-six (36) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

37. Paragraph thirty-seven (37) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

38. Paragraph thirty-eight (38) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

39. Defendant denies the allegations of Paragraph thirty-nine (39) of Plaintiff's Complaint.

40. Defendant denies the allegations of Paragraph forty (40) of Plaintiff's Complaint.

41. Defendant denies the allegations of Paragraph forty-one (41) of Plaintiff's Complaint.

42. Defendant denies the allegations of Paragraph forty-two (42) of Plaintiff's Complaint.

43. Paragraph forty-three (43) of Plaintiff's Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary Defendant denies the same and further denies any and all allegations of wrongdoing.

44. In regards to the "WHEREFORE" Paragraph in Plaintiff's Complaint, including subparagraphs A.-J., Defendant denies that Plaintiff is entitled to any relief stated or requested therein and further denies any and all allegations of wrongdoing.

45. Defendant denies each and every allegation not specifically admitted herein.

46. Defendant requests a trial by jury.

**AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state facts or a claim upon which relief can be granted.

2. Defendant did not violate any provision of the FLSA.

3. Plaintiff is not entitled to any compensation as requested in her Complaint.

4. The City of North Little Rock is entitled to tort and punitive damages immunity.

5. Defendant did not willfully deprive Plaintiff of any wages to which she may be entitled under any state or federal law, and Defendant acted in good faith in all conduct.

6. Defendant asserts that Plaintiff's alleged damages did not occur as a result of any policy, custom, or practices of the City of North Little Rock, Arkansas.

7. Plaintiff's claims are barred as she has failed to exhaust her administrative remedies.

8. All or part of the work for which Plaintiff seeks compensation does not constitute compensable working time.

9. Plaintiff's claims are barred by the Portal-to-Portal Act.

10. Plaintiff failed to mitigate any and all alleged damages.

11. Defendant asserts the *de minimis* doctrine to the extent applicable.

12. Defendant asserts any and all applicable affirmative defenses in Fed. R. Civ. P. 8(c), including but not limited to:

    (a)    accord and satisfaction;

    (b)    payment,

    (c)    fraud;

    (c)    illegality;

    (d)    payment; and

    (e)    release.

13. Defendant asserts insufficiency of service of process to the extent found applicable.

14. Defendant reserves the right to plead further herein as may become necessary after discovery.

WHEREFORE, Defendant prays that the Court dismiss this Complaint against it and for all other just and proper relief.

Respectfully submitted,<br>
City of North Little Rock

By: /s/ Sara Monaghan_____
SARA MONAGHAN
ABA # 2005276
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6122
FACSIMILE: 501-537-7262
EMAIL: smonaghan@arml.org

## CERTIFICATE OF SERVICE

I, Sara Monaghan, hereby certify that on December 8, 2017, I filed the foregoing with the Clerk of Court, which will send notification of such filing to all CM/ECF participating counsel of record listed below; and I further certify that I mailed the document, via U.S. Mail, postage prepaid, to all non CM/ECF participants listed below.

Joshua Sanford
Daniel Ford
SANFORD LAW FIRM
One Financial Center
650 South Shackleford, Ste. 411
Little Rock, AR 72211

/s/ Sara Monaghan_____
Sara Monaghan